No. 297. IMMIGRATION AND NATURALIZATION SERVICE v. STANISIC. C. A. 9th Cir. [Certiorari granted, *ante*, p. 912.] Motion of respondent for appointment of counsel granted. It is ordered that *G. Bernhard Fedde, Esquire*, of Portland, Oregon, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 418. SIMPSON, WARDEN v. RICE. C. A. 5th Cir. [Certiorari granted, *ante*, p. 932.] Motions of respondent for leave to proceed further herein *in forma pauperis* and for the appointment of counsel granted. It is ordered that *Oakley W. Melton, Esquire*, of Montgomery, Alabama, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 453. GREGG v. UNITED STATES. C. A. 6th Cir. [Certiorari granted, *ante*, p. 932.] Motions of petitioner for leave to proceed further herein *in forma pauperis* and for appointment of counsel granted. It is ordered that *Dean E. Richards, Esquire*, of Indianapolis, Indiana, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 750. HARRINGTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *ante*, p. 949.] Motion of respondent to dispense with printing appendix denied. *Thomas C. Lynch*, Attorney General of California, and *James H. Kline*, Deputy Attorney General, on the motion.

No. 1021, Misc. FAIR v. ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL.; and

No. 1049, Misc. FAIR v. FLORIDA PUBLIC SERVICE COMMISSION. Motions for leave to file petitions for writs of mandamus denied.